**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Andrew Lee TYRAS, Jr., a.k.a. Termite,**
**Defendant—Appellant.**

**No. 11–50155.**

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted June 26, 2012.*

Filed July 2, 2012.

Amanda Miller Bettinelli, Curtis Arthur Kin, Esquire, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Amy Fan, Esquire, Saint Martin & Fan, Los Angeles, CA, for Defendant–Appellant.

Andrew Lee Tyras, Jr., Los Angeles, CA, pro se.

Before: SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

## MEMORANDUM **

Andrew Lee Tyras, Jr., appeals from his guilty-plea conviction and 84–month sentence for distribution of cocaine base in the form of crack cocaine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Tyras's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**